UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEEKS MARINE, INC.,
                Plaintiff,

- against -

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,
                Defendant.

**ORDER**

08 Civ. 10967 (PGG)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/09

PAUL G. GARDEPHE, U.S.D.J.:

        As stated at the May 5, 2009 conference, it is hereby ORDERED that:

        (1) The parties shall not submit any further motions, briefs or letters without first receiving permission from the Court;

        (2) Plaintiff shall file an amended complaint no later than May 8, 2009;

        (3) Plaintiff shall provide a letter to Defendant no later than May 8, 2009 stating whether or not any insurer other than Great American has agreed to defend, or is currently providing and/or paying for a defense of, any of the 15 claims listed in Plaintiff's April 29, 2009 letter to Defendant (Namazi Ex. 15);

        (4) Defendant shall provide a letter to Plaintiff no later than May 12, 2009 stating whether or not it will defend the claims listed in Plaintiff's May 8, 2009 letter;

        (5) Plaintiff's counsel shall describe any outstanding discovery disputes in a letter to be provided to Defendant on May 5, 2009, and Defendant's counsel shall respond to Plaintiff's letter no later than May 8, 2009;

        (6) Plaintiff's counsel shall fax copies of the correspondence described in paragraphs 3 through 5 above to the Court on May 13, 2009; and

(7) A telephone conference will be held at 2:30 p.m. on May 15, 2009.

Dated: New York, New York
May 5, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge