UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEEKS MARINE, INC.,
                     Plaintiff,

     - against -

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,
                     Defendant.

**ORDER**

08 Civ. 10967 (PGG)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/4/09

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that:

       (1) The parties' time to restore this action to the Court's calendar is extended until August 31, 2009; and

       (2) If the parties have not reached agreement by August 31, 2009, a conference will be held in Courtroom 18B on September 3, 2009 at 10:00 a.m.

Dated: New York, New York
       August 3, 2009

                                SO ORDERED.

                                _____
                                Paul G. Gardephe
                                United States District Judge